# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2015

Robert P. Young, Jr.,
Chief Justice

152182(19)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 152182
COA: 325070
Wayne CC:  09-023095-FC

FREDERICK MARTEZ MARTIN,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant for leave to file a brief in excess of the page limit restriction is GRANTED.  The 79-page brief submitted on August 19, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2015

